AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Matthew William Gust | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| _____<br>*Defendant(s)* | |

Case No. *3:16 - mj -16*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 8, 2015 _____ in the county of _____ Grand Forks _____ in the

_____ District of _____ North Dakota _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844(i) | Malicious Use Of Explosive Device |
| 18 U.S.C. 924(c)(1)(A) & (c)(1)(B)(ii) | Use Of A Destructive Device During A Crime Of Violence |

This criminal complaint is based on these facts:

Please see attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Michael R. Meyer, Special Agent - FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 01/15/2016 _____

_____
*Judge's signature*

City and state: _____ Fargo, North Dakota _____

Alice R. Senechal, United States Magistrate Judge
_____
*Printed name and title*