UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

### AFFIDAVIT OF SPECIAL AGENT MICHAEL R. MEYER
### IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Michael R. Meyer, a Special Agent with the Federal Bureau of Investigation ("FBI"), Minneapolis Division, Grand Forks, North Dakota, being duly sworn, depose and state as follows:

1. I am currently employed as a Special Agent with the Federal Bureau of Investigation, and have been so employed since April 2006. I am currently assigned to the Minneapolis Division, Grand Forks Resident Agency, in Grand Forks, North Dakota, and have been so assigned since January 2013. My prior FBI assignments included the Miami Division, where I primarily investigated cases involving public corruption and identity theft. Prior to that, I worked in the Springfield Division, Fairview Heights Resident Agency, where I worked violent crime, gang/drug, and white collar crime investigations. As a Special Agent of the FBI, I am authorized to investigate violations of the criminal laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2. I am the FBI case agent assigned to an investigation concerning MATTHEW WILLIAM GUST ("GUST"). GUST's date of birth is August 23, 1990, and his listed address is 18940 424 Avenue S.W., East Grand Forks, Minnesota.

3. This Affidavit does not contain all of the facts contained in the investigation. The information contained within this Affidavit is comprised of my own firsthand observations and knowledge, as well as information provided to me by other law enforcement officers and witnesses.

4. This Affidavit is made in support of a Criminal Complaint charging GUST with violations of 18 U.S.C. §§ 844(i), 924(c)(1)(A), and 924(c)(1)(B)(ii). Section 844(i) of Title 18 of the United States Code makes it a crime to maliciously damage or destroy by means of fire or an explosive any building used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce.

### STATEMENT OF RELEVANT FACTS

5. The United States is investigating an arson committed at Juba Café (Coffee) & Restaurant ("Juba") located at 2017 South Washington Street in Grand Forks, North Dakota. A computerized check of the North Dakota Secretary of State website showed the current registered owner of the business was Noura Ahmed and the registered business name was Luul Coffee and Restaurant, North Dakota Secretary of State number 36363900.

6. At approximately 2:04 a.m. on 12/8/2015, the Grand Forks Regional Dispatch Center received a 911 call reporting a fire at Juba. The Grand Forks Fire Department ("GFFD") responded to the location, discovered a fire, and extinguished the fire in about twenty minutes. Initial damage estimates to the building were $90,000.

7. A Certified Fire Investigator ("CFI") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") responded to the scene to assist the GFFD with a fire scene investigation. During the scene investigation, investigators learned initial reports of the fire described a hole in the front window of the business. They located such a hole approximately 4 to 5 feet above the ground and approximately 12 inches in diameter.

8. Based on the fire damage and fire patterns present at the scene, the CFI determined some type of incendiary device was introduced into the business through the broken window. During the fire scene examination, investigators located pieces of brown colored glass consistent with a 40 ounce bottle of beer scattered around the customer seating area of the business. Additionally, investigators found the neck of the bottle with the remains of what appeared to be a wick still located in the neck of the bottle. Several fire debris samples were collected at the scene and were submitted to the ATF National Laboratory for analysis.

9. Based on the examination of the fire scene, the ATF CFI determined the fire was incendiary in nature and was caused by the introduction of a Molotov cocktail into the business. A Molotov cocktail is a generic name for an improvised incendiary device. All potential accidental causes for the fire due to appliances in the area of the fire origin, as well as building construction, were eliminated. On 12/16/2015, preliminary results received from the ATF Laboratory identified gasoline in a fire debris sample collected from the interior of the business in the area where it was believed the Molotov cocktail first made contact with a combustible material.

10. Investigators examined Juba's surveillance system after the fire scene examination was concluded. Video from the surveillance system showed an unknown male approach the front of Juba and break the front window with his right fist by striking the window twice. After breaking the window, the suspect lit what appears to be a Molotov cocktail-type device and threw it into the coffee house, initiating the fire within the restaurant. The surveillance video showed the suspect wearing a full face mask.

11. Additionally, investigators located drops of blood on the ground leading away from the business in the direction the unknown male fled. The fire scene was examined and an additional drop of blood was located on the interior side of the window. The drop of blood located inside Juba was directly inside where the window was broken. The samples collected preliminarily tested positive for human blood. This suggests the subject injured himself while striking the window and/or throwing the incendiary device inside Juba.

12. Juba obtains most of its restaurant supplies from the Minneapolis, Minnesota area. It is also a restaurant open to the public and serves customers traveling in interstate commerce.

13. On 12/10/2015 at approximately 9:56 p.m., Grand Forks resident Kent Spicer ("Spicer") went to the Grand Forks Police Department. Spicer reported that his girlfriend's minor son, C.G., told him information about the fire at Juba. According to Spicer, C.G. reported that C.G.'s half-brother, GUST, admitted to C.G. that GUST set the fire. Spicer also reported C.G. said GUST had injuries to his hand.

14. Investigators obtained surveillance video from a local gas station, Dusterhoff Cenex, 1970 32nd Ave. S., Grand Forks, North Dakota, from the early morning hours of 12/8/2015. That video showed an unknown male—believed to be the same unknown male who started the fire at

Juba—prepaying for $3 of gas approximately thirty minutes before the fire at Juba was started. Although the unknown male paid for $3 of gas, he pumped only $.81 worth, which amounted to approximately 45 ounces of gas. The surveillance video also showed the vehicle the unknown male was driving. Through computer records checks, law enforcement determined the vehicle from the surveillance video was registered to GUST's mother, Tammy Shern ("Shern").

15. Investigators located Shern at her place of employment in East Grand Forks, Minnesota. The vehicle seen in the surveillance video from Dusterhoff Cenex was also located Shern's place of employment. Shern, the registered owner of the vehicle, consented to a search of the vehicle. In the vehicle, law enforcement located a full face mask. The face mask found in the vehicle appears similar to that worn by the unknown male who set the Juba fire, as seen on the surveillance video of the incident from Juba. Investigators also found what appeared to be blood stains in the vehicle. Samples of the suspected blood were taken.

16. Investigators showed Shern the surveillance video from Dusterhoff Cenex. Shern positively identified the unknown male in the video as her son, GUST.

17. Investigators also spoke with GUST's half-brother, C.G. C.G. denied making any statement to Spicer regarding GUST's involvement in the Juba fire and denied having spoken with GUST for several days. C.G. told investigators GUST is known to drink 40 ounce bottles of Bud Light. Investigators showed C.G. pictures of the unknown male from the Dusterhoff Cenex surveillance video, and C.G. positively identified the unknown male in the photographs as GUST.
C.G. recognized GUST by his face, clothing, and his build.

18. On 12/11/2015, law enforcement interviewed Spicer again, and Spicer confirmed C.G. had told Spicer that GUST claimed to have set the fire at Juba.

19. On 12/10/15, Detective Steve Conley of the Grand Forks Police Department ("GFPD") met GUST at his place of employment, the Qdoba restaurant located at 3551 32nd Ave. S., Grand Forks, North Dakota. Detective Conley noticed marks consistent with recent cuts on GUST's right forearm. GUST was wearing gloves, so his hands were not visible.

20. Investigators obtained surveillance video from Qdoba from on or about 12/9/2015. The video shows GUST receiving treatment for injuries to his right hand. The injuries appear to be multiple cuts to his right hand and wrist. GUST was having trouble putting on his work shirt when his co-worker, Traci Marby ("Marby"), offered to help. Marby noticed the injuries to GUST hand and asked what happened. According to Marby, GUST said he received the injuries while working on machinery with his father. On 12/11/2105, GFPD obtained video footage showing GUST working at Qdoba on Monday, 12/07/2015, clocking out at approximately 10:14 p.m. GUST did not appear to have injuries to his right hand.

21. On 12/15/15, SA Meyer telephonically contacted GUST's father, David Gust. David Gust resides in Missouri. David Gust has not seen GUST in person for approximately 4 years. Investigators also spoke with GUST's step-father, Del Shern. Del Shern indicated he had not worked on machinery with GUST.

22. On 10/17/2015, GUST was working at Qdoba and was the victim of an armed robbery. According to witnesses, two black males wearing masks entered the back door of Qdoba and

displayed guns. One of the black males displayed a gun to GUST and forced GUST into a walk-in cooler. Both suspects fled the scene. The investigation of this robbery is ongoing.

23. Investigators interviewed Bruce Carter, Jr. in Fosston, Minnesota on 12/21/15. Carter relayed the following information to the investigators. GUST contacted Carter on 12/10/2015 via text message in which Gust stated he screwed up and needed to talk to Carter. On 12/11/2015, GUST contacted Carter by telephone and told Carter GUST was in trouble and needed help. Carter picked up GUST from Grand Forks, North Dakota and drove to Carter's residence in Fosston, Minnesota. GUST stayed with Carter for several days until 12/14/15, when Carter discovered GUST was a fugitive and kicked GUST out of his residence. According to Carter, GUST told Carter that "it wasn't me," but GUST told Carter that his alibi was that he was scared from the Qdoba robbery and had PTSD. Carter proceeded to drive GUST to the Super 8 motel in Fosston, Minnesota and told GUST to get out.

24. On the night of 12/14/2015, GUST was arrested in Fosston, Minnesota by the Polk County Sheriff's Office and transported to the Northwest Regional Correction Center in Crookston, Minnesota. At approximately 1:15 a.m., SA Meyer and Detective Conley ("Agents") attempted to interview GUST. After being advised of his rights per Miranda, GUST requested an attorney and no further questions about the Juba incident were asked. Agents explained to GUST that he would have a court appearance in Minnesota on 12/15/2015 and then be transported to Grand Forks, North Dakota for future court proceedings. Agents told GUST we would like to get his side of the story and hoped that could be arranged through his attorney. GUST volunteered a statement, "Someone said that I said I blew it up... Someone said like in the newspaper . . . . I would never say that . . . that really pissed me off right there when I saw that. You know that's why I stayed away because . . . someone is already lying..." Agents explained again they wanted to hear GUST's side of the story. GUST shook Agents' hands at the conclusion, and Agents observed what appeared to be numerous injuries on GUST's right hand.

## CONCLUSION

25. Based on the foregoing facts, I submit that this Affidavit supports probable cause that GUST committed violations of Title 18, United States Code, Sections 844(i), 924(c)(1)(A), and 924(c)(1)(B)(ii).

_Michael R. Meyer_
Michael R. Meyer
Special Agent, FBI

Signed and Sworn before me this 15th day of January, 2016

_Alice R. Senechal_
Alice R. Senechal
United States Magistrate Judge