IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WILLIAM GUST | I N D I C T M E N T<br><br>Case No. _____<br><br>Violation:  18 U.S.C. §§ 844(i),<br>924(c)(1)(A), and 924(c)(1)(B)(ii) |

**Malicious Use of Explosive Materials**

The Grand Jury Charges:

On or about December 8, 2015, in the District of North Dakota,

MATTHEW WILLIAM GUST

did maliciously damage and destroy, and did attempt to damage and destroy, by means of fire, a building used in interstate commerce and in any activity affecting interstate commerce, to wit:  a restaurant known as Juba Café (Coffee) & Restaurant, located at 2017 South Washington Street in Grand Forks, North Dakota;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:


/s/ Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

MAH/vlt