IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WILLIAM GUST | S U P E R S E D I N G<br>I N D I C T M E N T<br><br>Case No. _____<br><br>Violation:  18 U.S.C. §§ 844(i), 924(c)(1)(A), and 924(c)(1)(B)(ii) |

COUNT ONE

**Malicious Use of Explosive Materials**

The Grand Jury Charges:

On or about December 8, 2015, in the District of North Dakota,

MATTHEW WILLIAM GUST

did maliciously damage and destroy, and did attempt to damage and destroy, by means of fire, a building used in interstate commerce and in any activity affecting interstate commerce, to wit:  a restaurant known as Juba Café (Coffee) & Restaurant, located at 2017 South Washington Street in Grand Forks, North Dakota;

In violation of Title 18, United States Code, Section 844(i).

## COUNT TWO

**Use of a Destructive Device During a Crime of Violence**

The Grand Jury Further Charges:

On or about December 8, 2015 in the District of North Dakota, the defendant,

## MATTHEW WILLIAM GUST

did knowingly carry and use a destructive device, to wit, a Molotov cocktail, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Malicious Use Of Explosive Materials in violation of 18 U.S.C. § 844(i), as set forth in Count One of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(B)(ii).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

MAH/vlt